1  LATHAM & WATKINS LLP
      Perry J. Viscounty (Bar No. 132143)
2  *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California  94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5     Jennifer L. Barry (Bar No. 228066)
   *jennifer.barry@lw.com*
6  600 West Broadway, Suite 1800
   San Diego, California  92101-3375
7  (619) 236-1234 / (619) 696-7419 Fax

8  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation, | Case No. 11-cv-06140-PSG |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| CLUE MARKET, INC., a California corporation, EDITH YEUNG, an individual, and DOES 1-10, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Entrepreneur Media, Inc. requests that the Court dismiss this action without prejudice.

Dated: February 23, 2012          LATHAM & WATKINS LLP

                                  By:  _____/s/ Jennifer L. Barry_____
                                       Perry J. Viscounty
                                       Jennifer L. Barry

                                       Attorneys for Plaintiff
                                       ENTREPRENEUR MEDIA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.  Filing via the CM/ECF System constitutes service on all parties listed in the Notice of Electronic Filing pursuant to Section IX.A of General Order No. 45.

I further certify that I mailed a true and correct copy of the above document to the attorney for Defendants at the address below:

Fernando Velez
Reicker, Pfau, Pyle & McRoy LLP
1421 State Street, Suite B
Santa Barbara, CA 93101

      /s/ Jennifer L. Barry
Jennifer L. Barry